IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

           Plaintiff,

     v.                          CRIMINAL NO.  1:15CR78-3
                                 (Judge Keeley)


TERRY A. CROSS,

           Defendant.

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 60) AND SCHEDULING SENTENCING HEARING

On September 17, 2015, the defendant, Terry A. Cross
("Cross"), appeared before United States Magistrate Judge John S.
Kaull and moved for permission to enter a plea of GUILTY to Count
Five of the Indictment. Cross stated that he understood that the
magistrate judge is not a United States District Judge, and
consented to pleading before the magistrate judge.  This Court had
referred the guilty plea to the magistrate judge for the purposes
of administering the allocution pursuant to Federal Rule of
Criminal Procedure 11, making a finding as to whether the plea was
knowingly and voluntarily entered, and recommending to this Court
whether the plea should be accepted.

Based upon Cross' statements during the plea hearing and the
testimony of Mark Rogers, the magistrate judge found that Cross was
competent to enter a plea, that the plea was freely and voluntarily
given, that he was aware of the nature of the charge against him

### ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING

and the consequences of his plea, and that a factual basis existed for the tendered plea. On September 17, 2015, the magistrate judge entered an Opinion/Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 60) finding a factual basis for the plea and recommending that this Court accept Cross' plea of guilty to Count Five of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. The magistrate judge further directed that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. After which, the parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Cross' guilty plea, and **ADJUGES** him **GUILTY** of the crime charged in Count Five of the Indictment.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
## OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF
## GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING

Pursuant to U.S.S.G. § 6A1 <u>et seq</u>., the Court **ORDERS** as follows:

1.    The Probation Officer undertake a presentence investigation of **TERRY A. CROSS,** and prepare a presentence report for the Court;

2.    The Government and Cross are to provide their versions of the offense to the probation officer by **October 14, 2015**;

3.    The presentence report is to be disclosed to Cross, defense counsel, and the United States on or before **November 30, 2015**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4.    Counsel may file written objections to the presentence report on or before **December 14, 2015;**

5.    The Office of Probation shall submit the presentence report with addendum to the Court on or before **December 28, 2015**; and

6.    Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the

### ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING

factual basis from the statements or motions, on or before **January 11, 2016.**

The magistrate judge continued Cross on bond pursuant to the Order Setting Conditions of Release (dkt. no. 13) entered on July 28, 2015 and amended on July 31, 2015 (dkt. no. 29)

The Court will conduct the sentencing hearing for the defendant on **Friday, January 22, 2016** at **9:30 A.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: October 1, 2015

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE